# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03081-MSK-NYW

AMCO INSURANCE COMPANY,

Plaintiff,

v.

MEADOW HILLS II CONDOMINIUM ASSOCIATION, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Unopposed Joint Stipulated Motion to Amend Scheduling Order to Extend Deadlines, filed June 10, 2015 [#29] (the "Motion"). Pursuant to the Order Referring Case dated December 3, 2014 [#9], the Reassignment dated February 10, 2015 [#17], and the Memorandum dated June 11, 2015 [#30], the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED IN PART as follows:

(1) The discovery cut-off is hereby re-set to **August 21, 2015**.

DATED June 15, 2015