# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03081-MSK-NYW

AMCO INSURANCE COMPANY, an Iowa corporation,

      Plaintiff,

v.

MEADOW HILLS II CONDOMINIUM ASSOCIATION, a Colorado non-profit entity,

      Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Amco Insurance Company's ("Plaintiff") Motion for Protective Order, filed on August 4, 2015 [#39] (the "Motion"). Pursuant to the Order Referring Case dated December 3, 2014 [#9], the Reassignment dated February 10, 2015 [#17], and the Memorandum dated August 11, 2015 [#40], the Motion is before this Magistrate Judge.

      Under D.C.COLO.LCivR 7.1(a), parties are obliged to meet-and-confer in good faith prior to the filing of motions seeking potentially contested relief.  Should a party subsequently file a motion seeking relief from the court, the motion must include a description or certification of the party's efforts to discharge its obligation pursuant to Local Rule to meet-and-confer.  The court is unable to discern any such description or certification in the Motion now before the court.  Accordingly, IT IS ORDERED that that the Motion is hereby STRICKEN.

      The Parties are further directed to meet-and-confer in good faith as to the underlying motion for protective order, and to submit a joint stipulated motion for protective order no later **August 19, 2015**.  Should there be areas of disagreement as to the form of the protective order, those disagreements should be delineated in the joint filing contemplated by this order.

DATED: August 12, 2015