**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03081-MSK-NYW

AMCO INSURANCE COMPANY, an Iowa corporation,

    Plaintiff,

v.

MEADOW HILLS II CONDOMINIUM ASSOCIATION, a Colorado non-profit entity,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant Meadow Hills II Condominium Association's ("Defendant") Motion to Withdraw Appearance of John M. Owen as Counsel for Meadow Hills II Condominium Association, filed on August 17, 2015 [#45] (the "Motion"). Pursuant to the Order Referring Case dated December 3, 2014 [#9], the Reassignment dated February 10, 2015 [#17], and the Memorandum dated August 17, 2015, the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED.  Accordingly, IT IS ORDERED that:

(1) John M. Owen is granted leave to withdraw from the representation of Defendant, and is to be removed from the electronic service in this action.

DATED: August 19, 2015