IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 1:14-cv-03081-MSK-NYW | Date: August 28, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: NYW COURTROOM C-204 |

| Parties | Counsel |
|---|---|
| AMCO INSURANCE COMPANY | *Christa Rock* |
| | *Jack Robinson* |
| **Plaintiff,** | |
| v. | |
| AUTO OWNERS INSURANCE COMPANY, | *Marie Drake* |
| | *Angela Schmitz* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:59 p.m.

Appearance of counsel.

Discussion and argument held on [34] Amended MOTION to Strike *Defendant's Expert Disclosure*, MOTION for Extension of Time to *Serve Rebuttal Expert Disclosures* by Plaintiff AMCO Insurance Company.

For the reasons stated on the record, it is

**ORDERED:** Plaintiff's Motion to Strike Defendant Meadow Hills II Condominium Association's Rule 26(a)(2) Expert Disclosures as Untimely, or for Extension of Time to Serve Rebuttal Expert Disclosures by Plaintiff [33] IS DENIED AS MOOT, as it is superseded by the Amended Motion to Strike Defendant's Expert Disclosure[34].

Plaintiff's Amended Motion to Strike Defendant's Expert Disclosure, Motion for Extension of Time to Serve Rebuttal Expert Disclosures by Plaintiff AMCO Insurance Company [34] is DENIED.

>**The expert file of Bryan K. Rappolt is to be produced to the plaintiff on or before  September 4, 2015.**
>
>**Plaintiff is to be given three (3) dates no later than September 18, 2015 for which Bryan K. Rappolt is available for deposition.**
>
>| | |
>|---|---|
>|**Rebuttal expert deadline:**|**September 21, 2015**|
>|**Dispositive motion deadline:**|**September 28, 2015**|

Parties are directed to review the Honorable Marcia S. Krieger's Civil Practice Standards and Trial Preparation Order [25].

Court in Recess: 2:29 p.m.		Hearing concluded.		Total time in Court:   00:30

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.