# Section IV
# BASIS OF REPORT

1. Terence D. Kadlec, P.E. completed a site inspection including documentation of existing conditions at the Properties on April 10, 2014.

2. Terence D. Kadlec, P.E. interviewed Mr. Matt Behrens, Mr. Kenny Kunz, and Mr. Tim Bonneville at the Properties on April 10, 2014.

3. Reviewed Arapahoe County assessor records retrieved on April 24, 2014 at http://www.co.arapahoe.co.us/.

4. Reviewed April 22, 2014 meteorological report prepared by Mr. Greg Quinn, as well as supplemental phone call with Mr. Quinn on April 24, 2014 .

5. Reviewed the following resources:

   a) 2006 International Building Code, published by International Code Council.

   b) "Hail Damage Threshold Sizes for Common Roofing Materials," by Timothy P. Marshall, Richard F. Herzog, Scott J. Morrison, and Steven R. Smith.

   c) "Holy Hail," by Scott J. Morrison, P.E., published by Professional Roofing, June 2009.